```
1  SCOTT SCHOOLS (SCBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
       9th Floor, Federal Building
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
6      Telephone: (415) 436-7000

7  Attorneys for the U.S.
```

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FLETCHER H. HYLER,** | Case No.  C-07-5046-CRB |
| Plaintiff, | DECLARATION OF CYNTHIA STIER IN SUPPORT OF |
| v. | UNITED STATES' MOTION TO DISMISS |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | Date:  Friday, January 25, 2008<br>Time:  10:00 a.m.<br>Place: Courtroom 8, 19th Floor |

I, Cynthia Stier, do hereby declare as follows:

1. I am an Assistant United States Attorney for the Northern District of California, and in such capacity represent the Plaintiff, the United States of America, in this action.  I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2. Government's Exhibits 1 through 17, attached hereto, were provided to me as part of the administrative file of the Internal Revenue Service in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on *November 30, 2007*.

Respectfully submitted,

 */S/ Cynthia Stier*
CYNTHIA STIER
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, <u>KATHY TAT</u> declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

UNITED STATES' MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES AND NOTICE and DECLARATION OF CYNTHIA STIER IN SUPPORT OF UNITED STATES' MOTION TO DISMISS

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)

____   FACSIMILE (FAX) No.:

to the parties addressed as follows:

Wesley T. Umeda
Birnbaum and Umeda, LLP
1733 Woodside Road, Ste. 210
Redwood City, CA 94061

Wesley T. Umeda
Birnbaum & Umeda
5151 El Camino Real
Ste D-20
Los Altos, CA 94022

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 30, 2007 at San Francisco, California.

/s/ Kathy Tat
KATHY TAT
Legal Assistant
Tax Division