SCOTT SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor, Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone: (415) 436-7000

Attorneys for the U.S.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **FLETCHER H. HYLER,** | ) | Case No.  C-07-5046-CRB |
| | ) | |
| **Plaintiff,** | ) | **DECLARATION OF CYNTHIA** |
| | ) | **STIER IN SUPPORT OF** |
| **v.** | ) | **UNITED STATES' MOTION** |
| | ) | **TO DISMISS** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **Date:  Friday, January 25, 2008** |
| **Defendant.** | ) | **Time:  10:00 a.m.** |
| | ) | **Place: Courtroom 8, 19th Floor** |

I, Cynthia Stier, do hereby declare as follows:

1.      I am an Assistant United States Attorney for the Northern District of California, and in such capacity represent the Plaintiff, the United States of America, in this action.  I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2.      Government's Exhibits 1 through 17, attached hereto, were provided to me as part of the administrative file of the Internal Revenue Service in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on *November 30, 2007*.

Respectfully submitted,

*/S/ Cynthia Stier*
CYNTHIA STIER
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, <u>KATHY TAT</u> declare:

That I am a citizen of the United States of America and employed in San Francisco

County, California; that my business address is Office of United States Attorney, 450 Golden

Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen

years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and

discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy

of the following:

UNITED STATES' MOTION TO DISMISS AND MEMORANDUM OF POINTS AND
AUTHORITIES AND NOTICE and DECLARATION OF CYNTHIA STIER IN SUPPORT OF
UNITED STATES' MOTION TO DISMISS

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed
envelope, and served as follows:

_X___    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in
            the designated area for outgoing U.S. mail in accordance with this office's practice.

_____    PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)

_____    FACSIMILE (FAX) No.:

to the parties addressed as follows:

Wesley T. Umeda
Birnbaum and Umeda, LLP
1733 Woodside Road, Ste. 210
Redwood City, CA 94061

Wesley T. Umeda
Birnbaum & Umeda
5151 El Camino Real
Ste D-20
Los Altos, CA 94022

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed on November 30, 2007 at San Francisco, California.

/s/ Kathy Tat
KATHY TAT
Legal Assistant
Tax Division