# EXHIBIT 1



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: November 15, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Fletcher H. Hyler, Social Security Number: ███████, covering Civil Penalty for the period ending March 31, 1996 ——————————————————————————————

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

Form **2866** (Rev. 09-1997)

--------------------------------------------------------------------------------

FLETCHER H HYLER                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: MAR 1996

                                        ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS  CREDIT      DATE (23C,
                                        (REVERSAL)    (REVERSAL)  RAC 006 )
--------------------------------------------------------------------------------


03-15-2002 XREF 100% PENALTY
           941        199603
           77-0297271

           MISCELLANEOUS PENALTY            43,616.05              04-15-2002
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89254-478-53010-2  20021408

           ADDITIONAL TAX ASSESSED                       0.00     04-15-2002
           89254-478-53010-2  20021408

           PROMPT ASSESSMENT               43,616.05              03-27-2002
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89251-086-14900-2     08

           PROMPT ASSESSMENT                              0.00    03-27-2002
           89251-086-14900-2     08

           INTEREST ASSESSED                            237.01    04-22-2002
           20021508

05-06-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

05-13-2002 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                 PAGE   1

--------------------------------------------------------------------------------

FLETCHER H HYLER                        EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: MAR 1996

                                    ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                    (REVERSAL)   (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------


04-15-2002 MISCELLANEOUS PENALTY              43,616.05-
           ADJUSTMENT
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89254-522-53103-2

           ADDITIONAL TAX ASSESSED             0.00        05-20-2002
           89254-522-53103-2  20021908

06-17-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

06-21-2002 FEDERAL TAX LIEN

06-19-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

07-15-2002 INSTALLMENT AGREEMENT

09-17-2002 SUBSEQUENT PAYMENT                3,409.07
           MISCELLANEOUS PAYMENT

10-15-2002 SUBSEQUENT PAYMENT                8,000.00
           MISCELLANEOUS PAYMENT

11-19-2002 SUBSEQUENT PAYMENT                8,000.00

FORM 4340  (REV. 01-2002)            PAGE    2

--------------------------------------------------------------------------------

FLETCHER H HYLER                    EIN/SSN: 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

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: MAR  1996

|              |                                | ASSESSMENT,  | PAYMENT,   | ASSESSMENT |
| DATE         | EXPLANATION OF TRANSACTION     | OTHER DEBITS | CREDIT     | DATE (23C, |
|              |                                | (REVERSAL)   | (REVERSAL) | RAC 006 )  |

--------------------------------------------------------------------------------

11-19-2002 DISHONORED SUBSEQUENT                        (8,000.00)
           PAYMENT

           DISHONORED CHECK PENALTY           160.00              01-06-2003
           20025208

01-24-2003 FEDERAL TAX LIEN

02-17-2003 FEES AND COLLECTION COSTS           10.00

07-17-2002 LEGAL SUIT PENDING

06-24-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-04-2004 SUBSEQUENT PAYMENT                           36,180.37
           FEDERAL TAX LIEN

           INTEREST ASSESSED                 3,566.38            03-29-2004
           20041108

03-29-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

09-19-2003 LEGAL SUIT NO LONGER
           PENDING

FORM 4340  (REV. 01-2002)              PAGE   3

--------------------------------------------------------------------------------

FLETCHER H HYLER                     EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: MAR 1996

                                     ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                     (REVERSAL)    (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------


04-16-2004 FEDERAL TAX LIEN RELEASED

04-13-2004 XREF 100% PENALTY
           CVPN       199703
           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

03-29-2004 REVERSES ACTIVE
           INSTALLMENT AGREEMENT

04-15-2002 Statutory Notice of Balance Due

03-27-2002 Statutory Notice of Balance Due

04-29-2002 Statutory Notice of Intent to Levy

05-20-2002 Statutory Notice of Balance Due


FORM 4340 (REV. 01-2002)                PAGE    4

--------------------------------------------------------------------------------

FLETCHER H HYLER                              EIN/SSN: ▮▮▮▮▮▮▮▮

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: MAR  1996

--------------------------------------------------------------------------------

BALANCE              0.00

--------------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____L. Marott

TITLE:_____Chief, Accounting Operations

DELEGATION ORDER:_____WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 11/06/2007

FORM 4340  (REV. 01-2002)                 PAGE    5

# EXHIBIT 2



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: November 15, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Fletcher H. Hyler, Social Security Number: ███████, covering Civil Penalty for the period ending June 30, 1996

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

FLETCHER H HYLER                         EIN/SSN: 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

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: JUNE 1996

|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS<br>(REVERSAL) | CREDIT<br>(REVERSAL) | DATE (23C,<br>RAC 006 ) |

03-15-2002 XREF 100% PENALTY
           941        199606
           77-0297271

           MISCELLANEOUS PENALTY                 60,983.67          04-15-2002
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89254-478-53011-2  20021408

           ADDITIONAL TAX ASSESSED                    0.00          04-15-2002
           89254-478-53011-2  20021408

           PROMPT ASSESSMENT                     60,983.67          03-27-2002
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89251-086-14901-2        08

           PROMPT ASSESSMENT                         0.00           03-27-2002
           89251-086-14901-2        08

           INTEREST ASSESSED                        331.38          04-22-2002
           20021508

05-06-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

05-13-2002 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                    PAGE    1

--------------------------------------------------------------------------------

FLETCHER H HYLER                        EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: JUNE 1996

                                 ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                 (REVERSAL)    (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------


04-15-2002 MISCELLANEOUS PENALTY                60,983.67-
           ADJUSTMENT
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89254-522-53104-2

           ADDITIONAL TAX ASSESSED              0.00        05-20-2002
           89254-522-53104-2  20021908

06-17-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

06-21-2002 FEDERAL TAX LIEN

06-19-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

07-15-2002 INSTALLMENT AGREEMENT

01-24-2003 FEDERAL TAX LIEN

07-17-2002 LEGAL SUIT PENDING

06-24-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FLETCHER H HYLER                         EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: JUNE 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|----------------------------|---------------------------------|
| 03-04-2004 | SUBSEQUENT PAYMENT FEDERAL TAX LIEN | | 67,419.60 | |
| | INTEREST ASSESSED 20041108 | | 6,104.55 | 03-29-2004 |
| 03-29-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-19-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| 04-16-2004 | FEDERAL TAX LIEN RELEASED | | | |
| 04-13-2004 | XREF 100% PENALTY CVPN        199703 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 | | | |
| 03-29-2004 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 04-15-2002 | Statutory Notice of Balance Due | | | |
| 03-27-2002 | Statutory Notice of Balance Due | | | |
| 04-29-2002 | Statutory Notice of Intent to Levy | | | |
| 05-20-2002 | Statutory Notice of Balance Due | | | |

FDRM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FLETCHER H HYLER                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: JUNE 1996
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


BALANCE          0.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIGNATURE OF CERTIFYING OFFICER:_____

                   L. Marott
PRINT NAME:_____

         Chief. Accounting Operations
TITLE:_____

                WI-11-5
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 11/06/2007

FORM 4340  (REV. 01-2002)              PAGE    4

# EXHIBIT 3



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

_____

Date: November 15, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Fletcher H. Hyler, Social Security Number: ▇▇▇▇▇▇▇ covering Civil Penalty for the period ending September 30, 1996———————————————————————————————

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

-------------------------------------------------------------------------------

FLETCHER H HYLER                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN    TAX PERIOD: SEPT 1996

                                  ASSESSMENT,   PAYMENT,   ASSESSMENT
DATE    EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT    DATE (23C,
                                  (REVERSAL)   (REVERSAL)  RAC 006 )
-------------------------------------------------------------------------------


03-15-2002 XREF 100% PENALTY
           941      199609
           77-0297271

           MISCELLANEOUS PENALTY              52,484.53          04-15-2002
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89254-478-53012-2  20021408

           ADDITIONAL TAX ASSESSED                0.00          04-15-2002
           89254-478-53012-2  20021408

           PROMPT ASSESSMENT               52,484.53          03-27-2002
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89251-086-14902-2      08

           PROMPT ASSESSMENT                     0.00          03-27-2002
           89251-086-14902-2      08

           INTEREST ASSESSED                    285.20          04-22-2002
           20021508

05-06-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

05-13-2002 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS Filed at 11/20/2007   Page 17 of 32
--------------------------------------------------------------------------------

FLETCHER H HYLER                    EIN/SSN: 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


TYPE DF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: SEPT 1996

                                ASSESSMENT,    PAYMENT,   ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT    DATE (23C,
                                (REVERSAL)   (REVERSAL)  RAC 006 )
--------------------------------------------------------------------------------


04-15-2002 MISCELLANEOUS PENALTY              52,484.53-
           ADJUSTMENT
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89254-522-53105-2

           ADDITIONAL TAX ASSESSED              0.00        05-20-2002
           89254-522-53105-2  20021908

06-17-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

06-21-2002 FEDERAL TAX LIEN

06-19-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

07-15-2002 INSTALLMENT AGREEMENT

01-24-2003 FEDERAL TAX LIEN

07-17-2002 LEGAL SUIT PENDING

06-24-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

FDRM 4340  (REV. 01-2002)            PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

FLETCHER H HYLER                          EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: SEPT 1996

                                 ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE (23C,
                                 (REVERSAL)    (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------


03-04-2004 SUBSEQUENT PAYMENT                        58,023.51
           FEDERAL TAX LIEN

           INTEREST ASSESSED               5,253.78            03-29-2004
           20041108

03-29-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

09-19-2003 LEGAL SUIT NO LONGER                         .
           PENDING

04-16-2004 FEDERAL TAX LIEN RELEASED

04-13-2004 XREF 100% PENALTY
           CVPN      199703
           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

03-29-2004 REVERSES ACTIVE
           INSTALLMENT AGREEMENT

04-15-2002 Statutory Notice of Balance Due

03-27-2002 Statutory Notice of Balance Due

04-29-2002 Statutory Notice of Intent to Levy

05-20-2002 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE   3

Case 3:07-cv-05048-ORB  Document 5-2  Filed 11/30/2007

------------------------------------------------------------

FLETCHER H HYLER                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN    TAX PERIOD: SEPT 1996
------------------------------------------------------------

BALANCE          0.00

------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:_____

PRINT NAME:_____ L. Marott _____

TITLE:____ Chief, Accounting Operations _____

DELEGATION ORDER:_____ WI-11-5 ____ _____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 11/06/2007

FORM 4340  (REV. 01-2002)              PAGE    4

EXHIBIT 4

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: November 15, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Fletcher H. Hyler, Social Security Number: ███████, covering Civil Penalty for the period ending December 31, 1996

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

FLETCHER H HYLER                          EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1996

|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT | DATE (23C, |
|  |  | (REVERSAL) | (REVERSAL) | RAC 006 ) |
--------------------------------------------------------------------------------


03-15-2002 XREF 100% PENALTY
           941      .    199612
           77-0297271

           MISCELLANEOUS PENALTY              73,463.76           04-15-2002
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89254-478-53013-2  20021408

           ADDITIONAL TAX ASSESSED                  0.00          04-15-2002
           89254-478-53013-2  20021408

           PROMPT ASSESSMENT                   73,463.76          03-27-2002
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89251-086-14903-2

           PROMPT ASSESSMENT                        0.00          03-27-2002
           89251-086-14903-2

           INTEREST ASSESSED                      399.21          04-22-2002
           20021508

05-06-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

05-13-2002 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                  PAGE    1

---------------------------------------------------------------------------------

FLETCHER H HYLER                       EIN/SSN: 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

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------|------------------|------------------|

---------------------------------------------------------------------------------

| 04-15-2002 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 89254-522-53106-2 | | 73,463.76- | |
| | ADDITIONAL TAX ASSESSED 89254-522-53106-2  20021908 | | 0.00 | 05-20-2002 |
| 06-17-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-21-2002 | FEDERAL TAX LIEN | | | |
| 06-19-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 07-15-2002 | INSTALLMENT AGREEMENT | | | |
| 01-24-2003 | FEDERAL TAX LIEN | | | |
| 07-17-2002 | LEGAL SUIT PENDING | | | |
| 06-24-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340  (REV. 01-2002)                    PAGE   2

--------------------------------------------------------------------------------

FLETCHER H HYLER                         EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC 1996

                                    ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                    (REVERSAL)   (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------

03-04-2004 SUBSEQUENT PAYMENT                          81,216.78
           FEDERAL TAX LIEN

           INTEREST ASSESSED             7,353.81          03-29-2004
           20041108

03-29-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

09-19-2003 LEGAL SUIT NO LONGER
           PENDING

04-16-2004 FEDERAL TAX LIEN RELEASED

04-13-2004 XREF 100% PENALTY
           CVPN        199703


03-29-2004 REVERSES ACTIVE
           INSTALLMENT AGREEMENT

04-15-2002 Statutory Notice of Balance Due

03-27-2002 Statutory Notice of Balance Due

04-29-2002 Statutory Notice of Intent to Levy

05-20-2002 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE   3

--------------------------------------------------------------------------------

FLETCHER H HYLER                          EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         TAX PERIOD: DEC  1996

--------------------------------------------------------------------------------


BALANCE              0.00

--------------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE ANO COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:_____
                L. Marott
PRINT NAME:_____

                Chief, Accounting Operations
TITLE:_____
                WI-11-5
DELEGATION ORDER:_____


LDCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 11/06/2007

FORM 4340  (REV. 01-2002)                    PAGE    4

# EXHIBIT 5



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: November 15, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Fletcher H. Hyler, Social Security Number: ███████, covering Civil Penalty for the period ending March 31, 1997⎯

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

--------------------------------------------------------------------------------

FLETCHER H HYLER                        EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: MAR  1997

                                      ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                      (REVERSAL)     (REVERSAL)  RAC 006 )
--------------------------------------------------------------------------------


03-15-2002 XREF 100% PENALTY
           941       199703
           77-0297271

           MISCELLANEOUS PENALTY            61,023.07          04-15-2002
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89254-478-53014-2  20021408

           ADDITIONAL TAX ASSESSED               0.00          04-15-2002
           89254-478-53014-2  20021408

           PROMPT ASSESSMENT              61,023.07            03-27-2002
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89251-086-14904-2

           PROMPT ASSESSMENT                    0.00           03-27-2002
           89251-086-14904-2

           INTEREST ASSESSED                  331.60           04-22-2002
           20021508

05-06-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

05-13-2002 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE   1

--------------------------------------------------------------------------------

FLETCHER H HYLER                         EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: MAR 1997

                                    ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                    (REVERSAL)    (REVERSAL)  RAC 006 )
--------------------------------------------------------------------------------


04-15-2002 MISCELLANEOUS PENALTY                  61,023.07-
           ADJUSTMENT
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           89254-522-53107-2

           ADDITIONAL TAX ASSESSED                  0.00        05-20-2002
           89254-522-53107-2  20021908

06-17-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

06-21-2002 FEDERAL TAX LIEN

06-19-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

07-15-2002 INSTALLMENT AGREEMENT

01-24-2003 FEDERAL TAX LIEN

07-17-2002 LEGAL SUIT PENDING

06-24-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

FORM 4340  (REV. 01-2002)              PAGE    2

-----------------------------------------------------------------------------

FLETCHER H HYLER                        EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: MAR 1997

                                        ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE (23C,
                                        (REVERSAL)    (REVERSAL)  RAC 006 )
-----------------------------------------------------------------------------


06-24-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-04-2004 SUBSEQUENT PAYMENT                          67,528.33
           FEDERAL TAX LIEN

           INTEREST ASSESSED                6,108.49              03-29-2004
           20041108

09-19-2003 LEGAL SUIT NO LONGER
           PENDING

04-16-2004 FEDERAL TAX LIEN RELEASED

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

04-13-2004 XREF 100% PENALTY
           CVPN      199703


10-20-2004 LEGAL SUIT PENDING

04-15-2002 Statutory Notice of Balance Due

03-27-2002 Statutory Notice of Balance Due

04-29-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                PAGE   3

Case 3:05-cv-00646-O   Document 52   Filed 11/80/2007

--------------------------------------------------------------------------------

FLETCHER H HYLER                        EIN/SSN: 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

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: MAR  1997

|  | | ASSESSMENT, | PAYMENT, | ASSESSMENT, |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT | DATE (23C, |
|  |  | (REVERSAL) | (REVERSAL) | RAC 006 ) |

--------------------------------------------------------------------------------

05-20-2002 Statutory Notice of Balance Due

FORM 4340  (REV. 01-2002)              PAGE   4

-------------------------------------------------------------------------------

FLETCHER H HYLER                    EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: MAR 1997
-------------------------------------------------------------------------------

BALANCE          65.17-

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____L. Marott

TITLE:____Chief, Accounting Operations

DELEGATION ORDER:____WI-11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 11/06/2007

FORM 4340  (REV. 01-2002)              PAGE    5