# EXHIBIT 13

ENVELOPE
JAN 18 2005
POSTMARK DATE

Form **843**
(Rev. November 2002)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

OMB No. 1545-0024

► See separate instructions.

FEB 22 2005
COLLECTION BRANCH
CUSTOMER SERVICE

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.
Do not use Form 843 if your claim is for—
- An overpayment of income taxes;
- A refund for nontaxable use (or sales) of fuel; or
- An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Name of claimant | Your SSN or ITIN |
|---|---|
| Fletcher Hyler | 237 : 76 : 3865 |
| Address (number, street, and room or suite no.) | Spouse's SSN or ITIN |
| 3000 Sand Hill Road, Bldg. 3, Ste 150 | |
| City or town, state, and ZIP code | Employer identification number (EIN) |
| Menlo Park, CA 94025 | |
| Name and address shown on return if different from above | Daytime telephone number |
| | ( 415 ) 391-4900 |

| 1 Period. Prepare a separate Form 843 for each tax period | 2 Amount to be refunded or abated |
|---|---|
| From  1 / 1 / 1996  to  3 / 31 / 1996 | $    36,180.37 |

3a Type of tax, penalty, or addition to tax:
☒ Employment  ☐ Estate  ☐ Gift  ☐ Excise (see instructions)
☒ Penalty—IRC section ► 6672

b Type of return filed (see instructions):
☐ 706  ☐ 709  ☐ 940  ☒ 941  ☐ 943  ☐ 945  ☐ 990-PF  ☐ 4720  ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ► 3-4-04

5 Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

1. The trust fund taxes for unpaid employment tax liabilities of Logical Marketing Inc. (EIN: 77-0297271) assessed against Fletcher Hyler as responsible officer under IRC Section 6672 were not timely assessed and, therefore, are barred by the statute of limitations under IRC Section 6501 (a). The return (Form 941) was timely filed with the Philadelphia Service Center and the return was again subsequently hand delivered in person by Connie Stone on October 8, 1997 to Revenue Officer Corwin Fong in San Mateo, California. The Notice of Trust Fund Penalties was sent on October 24, 2000, which was beyond the 3 year period.

2. Fletcher Hyler was not the responsible officer of Logical Marketing Inc. under Section 6672 because Connie Stone was the person who made decisions as to who would or would not be paid, had control of payroll and, therfore, is the responsible person under Section 6672.

RECEIVED
1328

JAN 21 2005

INTERNAL REVENUE SERVICE
FRESNO, CA

Signature. If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

| Signature (Title, if applicable. Claims by corporations must be signed by an officer.) | Date 1/10/05 |
|---|---|
| Signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 11-2002)

# EXHIBIT 14

JAN 1 8 2005
POSTMARK DATE

| Form **843** (Rev. November 2002) Department of the Treasury Internal Revenue Service | **Claim for Refund and Request for Abatement** ► See separate instructions. | OMB No. 1545-002 |

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalti or additions to tax on line 4a.

Do not use Form 843 if your claim is for—
- An overpayment of income taxes;
- A refund for nontaxable use (or sales) of fuel; or
- An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name of claimant<br>**Fletcher Hyler** | Your SSN or ITIN<br>237 : 76 : 3865 |
| Address (number, street, and room or suite no.)<br>**3000 Sand Hill Road, Bldg. 3, Suite 150** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Menlo Park, CA 94025** | Employer identification number (EIN) |
| Name and address shown on return if different from above | Daytime telephone number<br>( 415 ) 391-4900 |

**1** Period. Prepare a separate Form 843 for each tax period
From   4 / 1 / 1996   to   6 / 30 / 1996

**2** Amount to be refunded or abated
$   67,419.60

**3a** Type of tax, penalty, or addition to tax:
☑ Employment   ☐ Estate   ☐ Gift   ☑ Excise (see instructions)
☑ Penalty—IRC section ► 6672

**b** Type of return filed (see instructions):
☐ 706   ☐ 709   ☐ 940   ☑ 941   ☐ 943   ☐ 945   ☐ 990-PF   ☐ 4720   ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ► 3-4-04

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

1. The trust fund taxes for unpaid employment tax liabilities of Logical Marketing, Inc. (EIN: 77-0297271) assessed against Fletcher Hyler as responsible officer under IRC Section 6672 were not timely assessed and, therefore, are barred by the statute of limitations under IRC Section 6501(a). The return (Form 941) was timely filed with the Philadelphia Service Center and the return was again subsequently hand delivered in person by Connie Stone on October 8, 1997, to Revenue Officer Corwin Fong in San Mateo, California. The Notice of Trust Fund Penalties was sent on October 24, 2000, which was beyond the 3 year period.

2. Fletcher Hyler was not the responsible officer of Logical Marketing, Inc. under Section 6672 because Connie Stone was the person who made decisions as to who would or would not be paid, had control of payroll and, therefore, is the responsible person under Section 6672.

RECEIVED
1328

JAN 2 1 2005

INTERNAL REVENUE SERVICE
Fresno

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

| Signature (Title, if applicable. Claims by corporations must be signed by an officer)<br>*Fletcher Hyler* | Date<br>1/18/05 |
| Signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 11-2002)

# EXHIBIT 15

NOV-29-2007 15:50 FROM:                    4152275159              TO:4154366748          P.4/6
NOV-29-2007 01:04       IRS

JAN 18 2005
POSTMARK DATE

| Form **843**<br>(Rev. November 2002)<br>Department of the Treasury<br>Internal Revenue Service | **Claim for Refund and Request for Abatement**<br><br>▶ See separate instructions. | OMB No. 1545-0024 |
|---|---|---|

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

*Do not use Form 843 if your claim is for—*
- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

| | |
|---|---|
| **Name of claimant**<br>Fletcher Hyler | **Your SSN or ITIN**<br>237 : 76 : 3865 |
| **Address (number, street, and room or suite no.)**<br>3000 Sand Hill Road, Bldg. 3, Suite 150 | **Spouse's SSN or ITIN** |
| **City or town, state, and ZIP code**<br>Menlo Park, CA 94025 | **Employer identification number (EIN)** |
| **Name and address shown on return if different from above** | **Daytime telephone number**<br>( 415 ) 391-4900 |

| **1** Period. Prepare a separate Form 843 for each tax period<br>From 7 / 1 / 1996 to 9 / 30 / 1996 | **2** Amount to be refunded or abated<br>$ 58,023.51 |
|---|---|

**3a** Type of tax, penalty, or addition to tax:
☑ Employment  ☐ Estate  ☐ Gift  ☐ Excise (see instructions)
☑ Penalty—IRC section ▶ 6672

**b** Type of return filed (see instructions):
☐ 706  ☐ 709  ☐ 940  ☑ 941  ☐ 943  ☐ 945  ☐ 990-PF  ☐ 4720  ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ 3-4-04

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

1. The trust fund taxes for unpaid employment tax liabilities of Logical Marketing, Inc. (EIN: 77-0297271) assessed against Fletcher Hyler as responsible officer under IRC Section 6672 were not timely assessed and, therefore, are barred by the statute of limitations under IRC Section 6501(a). The return (Form 941) was timely filed with the Philadelphia Service Center and the return was again subsequently hand delivered in person by Connie Stone on October 8, 1997, to Revenue Officer Corwin Fong in San Mateo, California. The Notice of Trust Fund Penalties was sent on October 24, 2000, which was beyond the 3 year period.

2. Fletcher Hyler was not the responsible officer of Logical Marketing, Inc. under Section 6672 because Connie Stone was the person who made decisions as to who would or would not be paid, had control of payroll and, therefore, is the responsible person under Section 6672.

RECEIVED
1328

JAN 21 2005

INTERNAL REVENUE SERVICE
FRESNO, CA

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

| **Signature** (Title, if applicable. Claims by corporations must be signed by an officer.) | **Date** 1/18/05 |
|---|---|
| **Signature** | **Date** |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 10180R         Form **843** (Rev. 11-2002)

# EXHIBIT 16

JAN 1 8 2005

POSTMARK DATE

Form **843**
(Rev. November 2002)

Department of the Treasury
Internal Revenue Service

### Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

*Do not use Form 843 if your claim is for—*
* *An overpayment of income taxes;*
* *A refund for nontaxable use (or sales) of fuel; or*
* *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

| Name of claimant | Your SSN or ITIN |
|---|---|
| Fletcher Hyler | 237 : 76 : 3865 |
| Address (number, street, and room or suite no.) | Spouse's SSN or ITIN |
| 3000 Sand Hill Road, Bldg. 3, Suite 150 | |
| City or town, state, and ZIP code | Employer Identification number (EIN) |
| Menlo Park, CA 94025 | |
| Name and address shown on return if different from above | Daytime telephone number |
| | ( 415 ) 391-4900 |

**1** Period. Prepare a separate Form 843 for each tax period
From 10 / 1 / 1996 to 12 / 31 / 1996

**2** Amount to be refunded or abated
$ 81,216.78

**3a** Type of tax, penalty, or addition to tax:
☑ Employment   ☐ Estate   ☐ Gift   ☐ Excise (see instructions)
☑ Penalty—IRC section ► 6672

**b** Type of return filed (see instructions):
☐ 706  ☐ 709  ☐ 940  ☑ 941  ☐ 943  ☐ 945  ☐ 990-PF  ☐ 4720  ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ► 8-4-04

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

1. The trust fund taxes for unpaid employment tax liabilities of Logical Marketing, Inc. (EIN: 77-0297271) assessed against Fletcher Hyler as responsible officer under IRC Section 6672 were not timely assessed and, therefore, are barred by the statute of limitations under IRC Section 6501(a). The return (Form 941) was timely filed with the Philadelphia Service Center and the return was again subsequently hand delivered in person by Connie Stone on October 8, 1997, to Revenue Officer Corwin Fong in San Mateo, California. The Notice of Trust Fund Penalties was sent on October 24, 2000, which was beyond the 3 year period.

2. Fletcher Hyler was not the responsible officer of Logical Marketing, Inc. under Section 6672 because Connie Stone was the person who made decisions as to who would or would not be paid, had control of payroll and, therefore, is the responsible person under Section 6672.

RECEIVED
1328

JAN 2 1 2005

INTERNAL REVENUE SERVICE

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

| Signature (Title, if applicable. Claims by corporations must be signed by an officer) | Date |
|---|---|
| *[signature]* | 1/18/05 |
| Signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 10180R          Form **843** (Rev. 11-2002)

# EXHIBIT 17

ENVELOPE

JAN 1 8 2005
POSTMARK DATE

**Form 843**
(Rev. November 2002)
Department of the Treasury
Internal Revenue Service

**Claim for Refund and Request for Abatement**

▶ See separate instructions.

OMB No. 1545-0024

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4b.

Do not use Form 843 if your claim is for—
- An overpayment of income taxes;
- A refund for nontaxable use (or sales) of fuel; or
- An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Name of claimant | Your SSN or ITIN |
|---|---|
| Fletcher Hyler | 237 76 3865 |
| Address (number, street, and room or suite no.) | Spouse's SSN or ITIN |
| 3000 Sand Hill Road, Bldg. 3, Suite 150 | |
| City or town, state, and ZIP code | Employer identification number (EIN) |
| Menlo Park, CA 94025 | |
| Name and address shown on return if different from above | Daytime telephone number |
| | ( 415 ) 561-4900 |

**1** Period. Prepare a separate Form 843 for each tax period
From  1 / 1 / 1997  to  3 / 31 / 1997

**2** Amount to be refunded or abated
$  67,528.33

**3a** Type of tax, penalty, or addition to tax:
☑ Employment  ☐ Estate  ☐ Gift  ☐ Excise (see instructions)
☑ Penalty—IRC section ▶ 6672

**b** Type of return filed (see instructions):
☐ 706  ☐ 709  ☐ 940  ☑ 941  ☐ 943  ☐ 945  ☐ 990-PF  ☐ 4720  ☐ Other (specify)

**4a** Request for abatement or refund of
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶  3-4-04

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

1. The trust fund taxes for unpaid employment tax liabilities of Logical Marketing, Inc. (EIN: 77-02972271) assessed against Fletcher Hyler as responsible officer under IRC Section 6672 were not timely assessed and, therefore, are barred by the statute of limitations under IRC Section 6501(a). The return (Form 941) was timely filed with the Philadelphia Service Center and the return was again subsequently hand delivered in person by Connie Stone on October 8, 1997, to Revenue Officer Corwin Fong in San Mateo, California. The Notice of Trust Fund Penalties was sent on October 24, 2000, which was beyond the 3 year period.

2. Fletcher Hyler was not the responsible officer of Logical Marketing, Inc. under Section 6672 because Connie Stone was the person who made decisions as to who would or would not be paid, had control of payroll and, therefore, is the responsible person under Section 6672.

RECEIVED
1328

JAN 2 1 2005

INTERNAL REVENUE SERVICE
FRESNO, CA

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| Signature (Title, if applicable. Claims by corporations must be signed by an officer.) | Date |
|---|---|
| | |
| Signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 10180R

Form **843** (Rev. 11-2002)