SCOTT SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-078T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7000

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FLETCHER H. HYLER,  )<br>  )<br>       Plaintiff,     )<br>  )<br>    v.              )<br>  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>  )<br>       Defendant.     )<br>  )<br>  )<br>  )<br>_____) | No. C 07-05046 CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT and [proposed] ORDER**<br><br>**Date: January 11, 2008<br>Time: 8:30 a.m.<br>Place: Federal Building<br>    San Francisco<br>    19th Floor<br>    Courtroom 8** |

    Plaintiff, Fletcher H. Hyler, and Defendant, United States of America, submit this joint case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**DESCRIPTION OF THE CASE**

1.    **A brief description of the events underlying the action:**

a.    **Plaintiff and Defendant**

    Plaintiff filed this action seeking a refund of taxes paid toward a Trust Fund Recovery Penalty assessed against him with respect to the unpaid federal employment taxes of

Joint Case Management
Statement and [proposed] Order,
C:07-05046-CRB

Logical Marketing, Inc. for all tax quarters in 1996 and the first tax quarter of 1997. The United States filed a Motion to Dismiss this action pursuant to Rule 12(b)(1) of the Fed.R.Civ.P. which is scheduled for hearing on January 25, 2008.

**2. The principal factual issues which the parties dispute:**

Defendants are not aware of any factual disputes.

**3. The principal legal issues which the parties dispute:**

Whether Plaintiff timely filed his action within the limitations period for filing a refund suit?

**4. The other factual issues [*e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue*] which remain unresolved for the reason stated below and how the parties propose to resolve those issues:**

None.

**5. The parties which have not been served and the reasons:**

None.

**6. The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:**

None.

**7. The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:**

    a. **Plaintiff**

Plaintiff does not consent to assignment to a United States Magistrate for trial.

    b. **Defendants**

Defendant does not consent to assignment to a United States Magistrate for trial.

//
//

**ALTERNATIVE DISPUTE RESOLUTION**

8. **Please indicate the appropriate responses.**

☐ **The case was automatically assigned to Nonbinding Arbitration at filing and will be ready for the hearing by** (date) _____.

Not applicable.

☐ **The parties have filed a Stipulation and Proposed Order Selecting an ADR Process** (specify process)**:** _____.

Not applicable.

☐ **The parties filed a Notice of Need for ADR Phone Conference and the phone conference was held on or is scheduled for** _____.

Not applicable.

☐ **The parties have not filed a Stipulation and Proposed Order Selecting an ADR Process and the ADR process that the parties joint request** [or a party separately requests] **is** _____.

Not applicable.

9. **Please indicate any other information regarding ADR process or deadline.**

a. **Parties**

Because the United States has filed a Motion to Dismiss, assignment to an ADR process at this time would not be appropriate. In the event the Court denies the United States' Motion, the United States will promptly advise the Court as to its request for assignment to an appropriate ADR process.

**DISCLOSURES**

10. **The parties certify that they have made the following disclosures** [list disclosures of persons, documents, damage computations and insurance agreements]:

The parties agree that initial disclosures will be made within a reasonable time after the hearing on the Motion to Dismiss scheduled for January 25, 2008, if necessary.

//

Joint Case Management
Statement and [proposed] Order,
C:07-05046-CRB

3

**DISCOVERY**

**11.** **The parties agree to the following discovery plan** [Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]**:**

    **a.** **Parties**

Because the United States has filed a Motion to Dismiss, the parties do not propose a discovery plan at this time. In the event the Court denies the United States' Motion, the parties will promptly propose a discovery plan to the Court.

**TRIAL SCHEDULE**

**12.** **The parties request a trial date as follows:**

The United States does not request a trial date at this time as it believes that this case will be dismissed for lack of subject matter jurisdiction. In the event the Court denies the United States' Motion, the United States will promptly advise the Court as to an appropriate trial date.

**13.** **The parties expect that the trial will last for the following number of days:**

Not applicable at this time.

Respectfully submitted,

SCOTT SCHOOLS
United States Attorney

Dated: *January 2, 2008* :   */s/ Cynthia Stier*
CYNTHIA STIER
Assistant U.S. Attorney

Attorneys for the United States of America

Dated: *January 2, 2008* :   */s/ Wesley T. Umeda*
WESLEY T. UMEDA

Attorney for Plaintiff, Fletcher H. Hyler

Joint Case Management
Statement and [proposed] Order,
C:07-05046-CRB

4

1  **CASE MANAGEMENT ORDER**

2      The Case Management Statement and Proposed Order is hereby adopted by the

3  Court as the Case Management Order for the case and the parties are ordered to comply with this

4  Order. In addition the Court orders:

5

6

7

8

9

10  Dated:_____

11                                           THE HONORABLE CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE

12

13

...

28

Joint Case Management
Statement and [proposed] Order,
C:07-05046-CRB

5