IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLETCHER H. HYLER,                                              No. C 07-05046 CRB

    Plaintiff,                                                              **Clerk's Notice**

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Friday, January 25, 2008 at 10:00 with the motion to dismiss before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 10, 2008                                          FOR THE COURT,

                                                                         Richard W. Wieking, Clerk

                                                                         By: _____
                                                                            Barbara Espinoza
                                                                            Courtroom Deputy