IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLETCHER H. HYLER,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
                                        /

No. C 07-05046 CRB

**JUDGMENT**

    The Court having granted defendant's motion to dismiss, judgment is entered in favor of defendant and against plaintiff Fletcher Hyler.

    **IT IS SO ORDERED.**

Dated: January 22, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5046\Judgment.wpd